IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE D. BROWN,

      Plaintiff,                    No. CIV S-06-2799 LKK GGH P

   vs.

GOVERNOR SCHWARZENEGGER, et al.,

      Defendants.           ORDER

_____/

        On February 1, 2007, the court issued an order addressing plaintiff's complaint. The court found that one of the five claims raised in the complaint stated a colorable claim for relief, i.e. that defendants Busciligia, Vacquez and Ayers left plaintiff in the holding cage. The court dismissed the remaining claims with leave to amend.

        On February 8, 2007, plaintiff filed a notice to "vacate" the claims the court found not colorable in the February 1, 2007, order, and to proceed with the one colorable claim. The court construes this as a request to voluntarily dismiss the non-colorable claims.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 8, 2007, notice to vacate is construed as a request to voluntarily dismiss the claims found not to be colorable in the February 1, 2007, order; good

/////

1  cause appearing, all claims but for the claims against defendants Busciligia, Vacquez and Ayers
2  regarding the holding cage are dismissed pursuant to Fed. R. Civ. P. 41(a);
3      2. Service is appropriate for the following defendants:  Busciligia, Vacquez and
4  Ayers.
5      3. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,
6  an instruction sheet and a copy of the complaint filed December 11, 2006.
7      4. Within thirty days from the date of this order, plaintiff shall complete the
8  attached Notice of Submission of Documents and submit the following documents to the court:
9      a. The completed Notice of Submission of Documents;
10     b. One completed summons;
11     c. One completed USM-285 form for each defendant listed in number 3
12     above; and
13     d. Four copies of the endorsed complaint filed December 11, 2006.
14     4. Plaintiff need not attempt service on defendants and need not request waiver of
15 service.  Upon receipt of the above-described documents, the court will direct the United States
16 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
17 without payment of costs.
18 DATED: 3/5/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

21 br2799.1

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RONNIE D. BROWN,
11          Plaintiff,                    No. CIV S-06-2799 LKK GGH P
12      vs.
13  GOVERNOR SCHWARZENEGGER, et al.,
14                                        NOTICE OF SUBMISSION
15          Defendants.                   OF DOCUMENTS
16  _____/
17          Plaintiff hereby submits the following documents in compliance with the court's
18  order filed _____:
19          _____       completed summons form
20          _____       completed USM-285 forms
21          _____       copies of the _____
                                     Complaint/Amended Complaint
22  DATED:
23
24                                        _____
25                                        Plaintiff
26