IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR SCHWARZENEGGER, et al. ,<br><br>　　　　　　　　　　Defendants. | 2:06-cv-02799 LKK GGH<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

　　　　On September 9, 2007, Defendants filed a request for an extension of time to file their responsive pleading, with a supporting declaration of Deputy Attorney General Tania H. Colderbank.

　　　　**FOR GOOD CAUSE SHOWN**, Defendants Buscaglia and Ayers are granted a thirty-day extension of time, up to and including October 11, 2007, in which to file their responsive pleading.

Dated: 9/17/07　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

br2799.eot

1