EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
TANIA H. COLDERBANK, State Bar No. 213675
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4979
 Fax:  (916) 324-5205
 Email:  Tania.Colderbank@doj.ca.gov

Attorneys for Defendants Buscaglia and Ayers

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE O. BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**GOVERNOR SCHWARZENEGGER, et al. ,**<br><br>Defendants. | 2:06-cv-02799 LKK GGH<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL AND ORDER**<br><br><br><br>Judge:      The Honorable<br>               Gregory G. Hollows |

          Plaintiff, Ronnie O. Brown dismisses this action with prejudice in its entirety against all defendants, served and unserved.

          I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of September 2007.

                                        ___/s/ Ronnie O. Brown ___

                                        Ronnie O. Brown

///

1

**ORDER**

2      The case of *Brown v. Governor Schwarzenegger, et al.,* Eastern District case number

3  2:06-cv-02799 LKK GGH is dismissed in its entirety with prejudice.

4   Dated:  10/15/07

5                                          /s/ Gregory G. Hollows

6                                          _____
                                           U.S. Magistrate Judge

7

8  br2799.dis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28